1016

[No. 29565-6-III.   Division Three.   January 31, 2012.]

*In the Matter of the Detention of* L.U., *Appellant.*

*Dismissed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 29600-8-III.   Division Three.   January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND CARL HUGHES, *Appellant.*

*Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[Nos. 29198-7-III; 29517-6-III.   Division Three.   February 2, 2012.]

CHRISTOPHER G. BUTLER ET AL., *Respondents*, v. SANDRA COYLE, *Appellant.*

*Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29421-8-III.   Division Three.   February 2, 2012.]

JOHN K. EACHO, *Respondent*, v. GUSTAFSON & HOGAN, PS, INC., *Appellant.*

*Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.